No. 263, Misc. BYERS *v.* STEELE. C. A. 8th Cir. Certiorari denied.

No. 265, Misc. HEIMOWITZ *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 270, Misc. MEDLEY *v.* STEINER, WARDEN. Circuit Court of Anne Arundel County and Court of Appeals of Maryland. Certiorari denied.

No. 272, Misc. CICENIA *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 274, Misc. SMITH *v.* STEINER, WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 275, Misc. NEWSTEAD *v.* MISSOURI. Circuit Court of Cole County, Missouri. Certiorari denied.

No. 276, Misc. CRABTREE *v.* BROWNELL ET AL. C. A. 10th Cir. Certiorari denied.

No. 279, Misc. GOLDSBY *v.* MISSISSIPPI. Supreme Court of Mississippi. Certiorari denied. *Loring B. Moore* and *William R. Ming, Jr.* for petitioner. Reported below: —— Miss. ——.

No. 280, Misc. EX PARTE DOOLEY. Court of Criminal Appeals of Texas. Certiorari denied.

No. 282, Misc. CEPERO *v.* PAN AMERICAN AIRWAYS, INC. C. A. 1st Cir. Certiorari denied.